UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Zurich American Insurance Company,

                Plaintiff(s),                19-cv-5471 (PKC)

      -against-                          ORDER

Seth Shipping (S) Ltd., et al.,

                Defendant(s).
_____

CASTEL, U.S.D.J.

        As a result of a pretrial conference held today, fact discovery is extended to May 29, 2020 and expert discovery is extended to June 30, 2020. The next case management conference is scheduled for June 25, 2020 at 11:00 a.m.

        SO ORDERED.

                                          P. Kevin Castel
                                       United States District Judge

Dated:  New York, New York
           April 16, 2020